# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:02-CR-90** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **DARIN J. BLACKBURN (1),** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 1st day of April, 2019, upon consideration of the motion (Doc. 86) by defendant Darin J. Blackburn ("Blackburn") to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, it is hereby ORDERED that:

1. Blackburn's motion (Doc. 86) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is DENIED.

2. A certificate of appealability is DENIED. See 28 U.S.C. § 2255 Rule 11(a).

3. The Clerk of Court is directed to close the corresponding civil case number 1:16-CV-879.

       /S/ CHRISTOPHER C. CONNER
       Christopher C. Conner, Chief Judge
       United States District Court
       Middle District of Pennsylvania